# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

METELLUS RENE, :

    Petitioner, :

vs. : CA 09-0112-WS-C

ERIC HOLDER, Attorney General of :
the United States, et al.,

     :

    Respondents.

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 22, 2009 is **ADOPTED** as the opinion of this Court.

**DONE** this 8th day of July, 2009.

                        s/ WILLIAM H. STEELE
                        UNITED STATES DISTRICT JUDGE