**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

METELLUS RENE,                              :

    Petitioner,                              :

vs.                                         :   CA 09-0112-WS-C

ERIC HOLDER, Attorney General of            :
the United States, et al.,
                                            :
    Respondents.

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's federal habeas corpus petition, filed pursuant to 28 U.S.C. § 2241, be **DISMISSED**, as moot.

**DONE** this 8th day of July, 2009.

                                s/ WILLIAM H. STEELE
                                UNITED STATES DISTRICT JUDGE